UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MONDELEZ INTERNATIONAL, INC.,
et al.,

        Plaintiffs,

v.                                         Case No. 3:12-cv-1181-J-32-JBT

SEA STAR LINE, LLC, et al.,

        Defendants.

---

WALGREEN CO., et al.,

        Plaintiffs,

v.                                         Case No. 3:12-cv-1182-J-32JRK

SEA STAR LINE, LLC, et al.,

        Defendants.

---

HOME DEPOT U.S.A., INC., et al.,

        Plaintiffs,

v.                                         Case No. 3:12-cv-1183-J-32-MCR

SEA STAR LINE, LLC, et al.,

        Defendants.

---

## NOTICE OF SPECIAL APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE of the special appearance of the undersigned as counsel for Baker Hostetler, LLP and Sea Star Line, LLC in this case, for the limited purpose of

proceedings on motion to disqualify Baker Hostetler, LLP, and the request that all motions, orders, pleadings, and notices given or required to be served in this case be served upon the undersigned at the office and address set forth below.

Dated: February 13, 2013                    Respectfully submitted,

                                            LILES, GAVIN & GEORGE, P.A.

                                            _____/s/ Rutledge R. Liles_____
                                            Rutledge R. Liles
                                            Florida Bar No. 102805
                                            Email: rliles@lilesgavin.com
                                            R. Kyle Gavin
                                            Florida Bar No. 747076
                                            Email: kgavin@lilesgavin.com
                                            John A. Carlisle
                                            Florida Bar No. 0626716
                                            Email: jcarlisle@lilesgavin.com
                                            225 Water Street, Suite 1500
                                            Jacksonville, FL 32202
                                            T: 904-634-1100
                                            F: 904-634-1234
                                            *Attorneys for Baker Hostetler, LLC*
                                            *And Sea Star Line, LLC*

## CERTIFICATE OF SERVIC E

    I HEREBY CERTIFY that on this 13th day of February, 2013, a copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all counsel of record as listed below:

- **William E. Adams , Jr**

badams@gunster.com,DRedley-Seymour@gunster.com

- **Geddes Dowling Anderson , Jr**

ganderson@murphyandersonlaw.com,rferrelle@murphyandersonlaw.com,lbrooks@murphyandersonlaw.com,dstocker@murphyandersonlaw.com,scassidy@murphyandersonlaw.com,kgreiner@murphyandersonlaw.com

- **William Bard Brockman**

bard.brockman@bryancave.com

- **Gilbert Lee Feltel , Jr**

gfeltel@tannerbishoplaw.com,mdaniels@tannerbishoplaw.com

2

- **Ana Davis Johnson**
AJohnson@gunster.com,DRedley@gunster.com
- **E. Lanny Russell**
lrussell@smithhulsey.com,tcopeland@smithhulsey.com,jbates@smithhulsey.com,ssmith@smithhulsey.com
- **Marsha M. Russo**
mrusso@gunster.com,braiford@gunster.com
- **Lindsay Jaclyn Sklar**
lindsay.sklar@bryancave.com
- **Daniel Adam Stocker**
dstocker@murphyandersonlaw.com
- **Michael G. Tanner**
mtanner@tannerbishoplaw.com,yarnold@tannerbishoplaw.com
- **Robert W. Thielhelm , Jr**
rthielhelm@bakerlaw.com,jdorn@bakerlaw.com,orlbakerdocket@bakerlaw.com
- **George Patrick Watson**
pat.watson@bryancave.com
- **David M. Wells**
dwells@gunster.com,dfrancis@gunster.com,lholland@gunster.com,ajohnson@gunster.com
- **David C. Eddy**
deddy@nexsenpruet.com
- **Charles P. Pillans, III**
cpp@bedellfirm.com
- **D. Culver Smith**
csmith@culversmithlaw.com

**And by U.S. Mail to:**

**John R. Fornaciari**
Baker & Hostetler, LLP
Suite 1100
1050 Connecticut Ave NW
Washington, DC 20036-5304

                                              /s/ Rutledge R. Liles
                                                 Attorney